UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, as subrogee of Shiprock Enterprises, Inc., <br><br>Plaintiff,<br><br>v.<br><br>COTTRELL, INC., a Georgia Corporation; EAST COAST TRUCK AND TRAILER SALES, INC., a Virginia Corporation; and PACCAR, INC. dba PETERBILT MOTORS COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No. 2:19-cv-08276-GW-PLAx<br><br>Hon. George H. Wu (Judge Assigned for All Purposes)<br><br>Hon. Paul L. Abrams (Magistrate Judge)<br><br>**Discovery Matter**<br><br>**ORDER RE STIPULATION FOR A PROTECTIVE ORDER RE CONFIDENTIAL DOCUMENTS**<br><br>Complaint filed: September 24, 2019<br><br>Trial Date: January 5, 2021 |

Having considered the papers, and finding good cause exists, the Parties' Stipulatd Protective Order is **GRANTED.**

**IS IT SO ORDERED.**

DATED: May 4, 2020

_____
Honorable Paul L. Abrams
United States Magistrate Judge

SNYDER BURNETT
EGERER, LLP
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

ORDER RE STIPULATION FOR A PROTECTIVE ORDER RE
CONFIDENTIAL DOCS