JS-6

Katherine A. Sandoval, Esq. SBN 303656
*ksandoval@mwl-law.com*
MATTHIESEN, WICKERT & LEHRER, S.C.
1851 East Frist Street, Suite 1150
Santa Ana, CA 92705
Phone: (800) 637-9176
Fax: (262) 673-3766

*Attorneys for Plaintiff*
ATLANTIC SPECIALTY INSURANCE COMPANY,
as subrogee of Shiprock Enterprises, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, as subrogee of Shiprock Enterprises, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>COTTRELL, INC., a Georgia Corporation; EAST COAST TRUCK AND TRAILER SALES, INC., a Virginia Corporation; and PACCAR, INC. dba PETERBILT MOTORS COMPANY, a Delaware Corporation,<br><br>Defendants. | Case No. CV 19-8276-GW-PLAx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>(Assigned to U.S. District Judge George H. Wu) |

///

///

///

///

---

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

1

1
2 **IS HEREBY ORDERED** that, pursuant to stipulation by and among the
3 parties to this action, through their respective attorneys of record, the above-entitled
4 action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure
5 41(a), with each party to bear its own attorneys' fees and costs.
6
7 DATED: August 31, 2021        By: _____
8                                    HON. GEORGE H. WU,
                                     UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
2